==============================================================================

## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__    **DISTRICT OF**    __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 5:08-cv-1102 (GLS/DEP)**

**CATHRINE BARTELS**

    v.

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security Administration**

☐     **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, that the Report-Recommendation of Magistrate Judge David E. Peebles filed November 2, 2010 (Dkt. No. 13) is ACCEPTED in its entirety. That plaintiff's motion for judgment on the pleadings is GRANTED. That the Commissioner's determination of no disability is VACATED. That the matter is REMANDED to the Commissioner pursuant ot sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the report-recommendation, in accordance with the Order issued by U.S. District Judge Gary L. Sharpe on November 17, 2010.**

| | |
|---|---|
| __November 17, 2010__ | __LAWRENCE K. BAERMAN__ |
| | CLERK OF THE COURT |
| | |
| | BY:     S/ |
| | DEPUTY CLERK |
| | John Law |